LAW OFFICES
**PAULA J. NOTARI**
125 PARK AVENUE
8th Floor
NEW YORK, NEW YORK
10017
--------
Tel. (646) 943-2172

December 3, 2019

**MEMO ENDORSED**

*The application is denied. The sentencing will proceed as scheduled.*

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 3, 2019

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Latique Johnson, et al.*, S1 16 Cr. 281 (PGG)

Dear Judge Gardephe:

Latique Johnson respectfully requests a two-week adjournment of Mr. Johnson's upcoming sentencing hearing scheduled for December 11, 2019. An adjournment would allow Mr. Johnson to meaningfully review Thomas Morton's testimony with his counsel. Undersigned counsel would be available the first week of January.

While undersigned counsel does not yet have a copy of the transcript of the recent *Fatico* hearing because it is still being prepared by the court reporter, Morton testified about subjects that are material to Mr. Johnson's sentencing, including Mr. Johnson's role in the Bloodhound Brims compared to that of David Cherry, the "Godfather of the Street," and the second O-Dog shooting.

In addition, Morton was a key witness against Mr. Johnson. The Court's recent Opinion and Order (Doc. 743) addressing Mr. Johnson's post-trial motions cited the trial testimony of Thomas Morton approximately three dozen times. Other than the issue of Morton's *Fatico* hearing testimony, the parties have fully briefed the Court in preparation for sentencing. Thank you for your consideration of this matter.

Respectfully,

/s/ Paula Notari
Paula Notari
Ezra Spilke
Counsel for Latique Johnson