UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

LATIQUE JOHNSON,

Defendant.

**ORDER OF RESTITUTION**

(S5) 16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Upon the application of the United States of America, by its attorney, Geoffrey S.

Berman, United States Attorney for the Southern District of New York, Jessica Feinstein,

Assistant United States Attorney, of counsel; the Defendant's conviction on Counts One and

Two of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution.** LATIQUE JOHNSON, the Defendant, shall pay

restitution in the total amount of $14,000 to the victim of the offenses charged in Counts One and

Two. The name, address, and specific amount owed to the victim is forth in the Schedule of

Victims attached hereto. Upon advice of a change of address, the Clerk of Court is authorized to

send payments to the new address without further order of this Court.

2.    **Joint and Several Liability.** Defendant's liability for restitution shall be

joint and several with Donnell Murray, under S5 16 Cr. 281, and Rayshaun Jones, under S4 13

Cr. 416. Defendant's liability for restitution shall continue unabated until either the Defendant

has paid the full amount of restitution ordered herein, or the victim has been paid the total

amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

3.    **Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and

Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the

Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
      December 19, 2019

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge