# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

September 20, 2021

**By ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Latique Johnson et al.*, No. 16 Cr. 281

Dear Judge Gardephe:

    I write to respectfully request a thirty-day extension of the deadline for Latique Johnson's reply brief. The current deadline is September 21, 2021. My mother died on September 5, and I have been occupied with family obligations since then. In addition, I am second-seating a trial before Judge Nathan this week (*United States v. Berry*, No. 20 Cr. 84). I have conferred with counsel for the government, Allison Nichols, and she has conveyed that the government has no objection to this request. I appreciate the Court's considerate attention to this matter.

Respectfully submitted,<br>
<br>
/s/ Ezra Spilke<br>
Ezra Spilke<br>
*Counsel for Latique Johnson*

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: September 20, 2021