Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

November 16, 2021

**By ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Latique Johnson et al.*, No. 16 Cr. 281(PGG)

Dear Judge Gardephe:

     I write to briefly update the Court on the status of investigator Jerry Gardner's review of his files. On October 21, 2021, Latique Johnson filed a reply in support of his motion for a new trial based on newly discovered evidence. In that reply, Mr. Johnson informed the Court that Mr. Gardner was searching his files for a letter he may have sent to Stephen Adams in 2017. (Reply at 3 n.4). Although Mr. Gardner has not located the letter, emails that Mr. Gardner sent to a counselor at FCI Allenwood reflect that Mr. Gardner sent a letter to Mr. Adams in December 2018 stating his intention to visit Mr. Adams. The defense is currently reviewing the emails, making redactions where appropriate and, with the Court's permission, will submit the emails to the Court shortly. The defense respectfully requests a filing deadline of November 19 by which time the defense will supply the emails. The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

 /s/ Ezra Spilke
Ezra Spilke
*Counsel for Latique Johnson*

cc:   All counsel of record by ECF

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

November 19, 2021