UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATIQUE JOHNSON,

                     Petitioner,

-against-

UNITED STATES OF AMERICA,

                     Respondent.

**ORDER**

23 Civ. 937 (PGG)

16 Cr. 281-1 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit, hereby ORDERS that:

        The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

        Petitioner's request for leave to file a supplemental memorandum, at 16 Cr. 281-1, Dkt. No. 1104, is granted.  Accordingly, by **May 10, 2023**, Petitioner will file a supplemental memorandum.

        By **June 10, 2023**, the Government will serve and file an answer or other pleadings in response to the motion.  By **July 10, 2023**, Petitioner will file any reply.  Absent further order, the motion will be considered fully submitted as of that date.

        All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

Dated:  New York, New York
        February 10, 2023

                                                     SO ORDERED.

                                                     _____
                                                     Paul G. Gardephe
                                                     United States District Judge